J. N. JOHNSON, APPELLANT, VS. CATHERINE E. WISE, BY HER NEXT FRIEND V. H. STARBUCK, AND J. R. WISE HER HUSBAND, APPELLEES.

Appeal from Circuit Court Hillsborough county.

*Shackleford & Simonton*, for Appellant.

*E. M. Hammond*, for Appellees.

The bill in this case was filed by the appellees against the appellant and John T. Lesley as clerk of the Circuit Court of Hillsborough county. There was decree for the complainants and the defendant J. N. Johnson appeals. The decree is affirmed.

Decision Per Curiam.